UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| GARLICH PRINTING COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 4:20-CV-01910-AGF |
| | ) | |
| MICHAEL KETTLER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendant Michael Kettler's motion (ECF No. 23) to stay further briefing on Plaintiff Garlich Printing Company's Motion to Dismiss (ECF No. 15) until this Court determines whether this action will be remanded to the Circuit Court of St. Louis County.  On December 31, 2020, Plaintiff removed this case from the Circuit Court of St. Louis County.  (ECF No. 1).  On January 5, 2021, Plaintiff filed a motion to dismiss Defendant Kettler's Counterclaim.  (ECF No. 15).  On January 8, 2021, this Court ordered the Plaintiff to file a brief in support of removal.  (ECF No. 18).  In light of these circumstances, a stay on further briefing on Plaintiff's Motion to Dismiss is warranted.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's motion to stay briefing on Plaintiff's Motion to Dismiss is **GRANTED**.  ECF No. 23.

**IT IS FURTHER ORDERED** that, no later than **14 days** after this Court determines whether this action will be remanded, Defendants shall file a response to Plaintiff's Motion to Dismiss.

                                                        _____
                                                        AUDREY G. FLEISSIG
                                                        UNITED STATES DISTRICT JUDGE

Dated this 14th day of January 2021.